UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALBERTO RODRIGUEZ-PERALES,,

        Petitioner,

   v.

UNITED STATES OF AMERICA,

        Respondent.
                                           /

NO. CR. S-03-159 LKK

O R D E R

    Petitioner moves for relief under Booker. Without considering all the other factors indicating he is not entitled to relief, he makes no showing of error under Booker.

    The petition is DENIED.

    IT IS SO ORDERED.

    DATED: February 29, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1